UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

JUL 14 2025

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| Agness Mccurry, Etha Jones § | |
| Plaintiffs § | |
| v. § | Case No. 4:25-cv-02278 |
| Walmart Inc, Checkr Inc § | |
| Defendants. § | |

## **MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**

Plaintiffs, Agness Mccurry and Etha Jones submit this motion to compel arbitration and stay litigation. Plaintiffs respectfully request the Court to enter an order staying all further proceedings in this case pending the completion of arbitration.

1. On May 19, 2025, Plaintiffs filed their original complaint against Walmart Inc and Checkr Inc asserting claims under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, et seq, Civil Rights Act 42 U.S.C § 1985 and the Racketeer Influenced and Corrupt Organizations Act (RICO) 18 U.S.C § 1961 et seq.

2. On June 6, 2025 and June 10, 2025, Counsel for Checkr and Walmart filed their unopposed motions for an extension of time to respond to the complaint docs 4 and 5.

1

3. On June 23, 2025, this Court granted Checkr's motion for an extension of time to respond to the complaint until July 12, 2025. No order was filed for Walmart that proposed a deadline of July 13, 2025. Both of these dates fall on weekends.

4. On July 8, 2025, Counsel for Walmart notified Plaintiffs that they will need an additional two-week extension to respond to the complaint. Counsel for Walmart also notified Plaintiffs of outstanding arbitration pending resolution of this case and required by Agness Spark Driver Dispute Resolution Agreement.

5. Counsel for Walmart proposed Plaintiffs voluntarily dismiss the lawsuit and proceed to arbitration.

6. Plaintiffs objected to Walmart's proposal and took guidance from the case *Johnson v. Checkr, Inc*, 4:23-cv-03329 to petition for a motion to compel arbitration and stay proceedings.

7. In the *Johnson* case, the Plaintiff filed a stipulation of dismissal after arbitration had successfully been completed on March 28, 2025. The case was terminated on March 31, 2025.

8. Walmart and Checkr oppose to Texas as the proper venue for this case but do not dispute the statute of limitations derived from the second injury of Checkr's background report that occurred while Agness resided in Texas.

9. Agness acknowledges that the complaint stated that has been a resident since February 2024. Agness recently obtained her greyhound bus ticket that showed that she arrived in Houston Texas March 21, 2024 See **Exhibit A of Greyhound Bus Ticket**.

10. Agness was then picked up by a friend and stayed in Brownsville Texas until she returned to Houston May 31, 2024 See **Exhibits B and C**. During Agness stay in Brownsville Texas Checkr run its second background report that denied Agness employment with Spark in Texas. Agness received the alert via text message and email as shown in the complaint doc 1 Page 11.

11. In Brownsville and Houston Agness was approved for services as a survivor of domestic violence and ongoing post separation abuse by her ex husband Benjamin Mccurry support by the State of Tennessee See *McCurry v Judge Suzanne Cook et al*, 4:25-cv-02623.

12. Agness suffered housing and employment challenges caused by a conspiracy of the Defendants in this case and 4:25-cv-02623.

13. Agness was later approved for the Texas Address Confidentiality Program (ACP) later this year by the Texas Attorney Generals Office See **Exhibit D**.

14. On July 8, 2025, Walmart notified Plaintiffs that their FCRA and Civil RICO claims are covered by the arbitration agreement See **Exhibit E**.

3

15. Counsel for Checkr and Walmart dispute the venue of the Southern District of Texas without any evidence to support their contention.

16. Plaintiffs agree that all claims relevant to their lawsuit against Walmart and Checkr fall within the terms of Agness agreement to arbitrate as a former Spark Driver and are therefore subject to binding arbitration.

17. Plaintiff's agreement to arbitrate is subject to the Federal Arbitration Act ("FAA"), and Section 3 of the FAA requires a stay of all further proceedings pending the submission of Plaintiff's claims to arbitration.

Accordingly, the Plaintiffs respectfully request that the Court GRANT this Motion to Compel Arbitration and Stay Litigation pending the outcome of the arbitration.

Date July 13, 2025                                                                                   Respectfully submitted,

**Agness Mccurry Pro Se**                                                           **Etha Jones, Pro Se**
PO Box 12108 MC068                                                                  100 Civic Dr 108
Austin TX 78711-2108.                                                                 Hercules CA 94547

## **CERTIFICATE OF SERVICE**

Plaintiffs hereby certify that a true and correct copy of this filing was served upon all counsel of record in this Courts CMF/ECF service list for 4:25-cv-02278 in accordance with the Federal Rules of Civil Procedure this July 13, 2025.



| BOOKING NUMBER | TICKET |
|---|---|
| 314 810 8208 | Valid in both print and digital form |

## Wednesday, Mar 20, 2024

**06:45 PM** — **Knoxville Area Transit Bus Stop**
100-110 Kirkwood St, 37914 Knoxville
Operated by Greyhound Lines

> Route US0110  *Greyhound*
> Direction Atlanta Bus Station

**11:40 PM** — Atlanta Bus Station

🚶 You have 40 Min. for your transfer

**12:20 AM**
Mar 21 — Atlanta Bus Station
232 Forsyth St, 30303 Atlanta
Operated by Greyhound Lines

> Route US0602  *Greyhound*
> Direction Houston Bus Station (Greyhound)

Mar 21
**05:05 PM** — **Houston Bus Station (Greyhound)**
7000 Harrisburg Blvd, 77011 Houston



The same QR code is used for your entire journey

| | | US0110 | US0602 |
|---|---|---|---|
| Adult | | Seat | Seat |
| **Agness Mccurry** | | **11B** | **6A** |

🧳 **1 × Carry-on bag(s)**    👜 **1 × Stored bag(s)**
25 lbs · 16.5×12×7 in         50 lbs · 31.5×20×12 in

**EXHIBIT**

---

### Additional information

- 🎫 Total price: **USD 143.97**
- 🔄 Manage My Booking: shop.greyhound.com/rebooking
- 📍 Real-Time Info: greyhound.com/track/order/3148108208
- ❓ FAQ: greyhound.com/help-and-info

### Your checklist for your trip

☐ Arrive on time for boarding (usually 15 mins prior to departure)

☐ Double check dimensions and print baggage tag.
More information at: greyhound.com/travel-info/baggage

### Your departure station

**Knoxville Area Transit Bus Stop,** 100-110 Kirkwood St, 37914 Knoxville



The Terms and Conditions of Purchase of FlixBus Inc apply to the booking of tickets. You can find them at: greyhound.com/terms-and-conditions-of-purchase. The Terms and Conditions of Travel of the respective carrier apply to carriage. These can be found at: greyhound.com/terms-and-conditions-of-travel. You will find the carrier/concession holder ("carrier") of your connection in the invoice. Travelling with our buses is without regard to race, color, creed, religion, gender, national origin or physical ability.

 **Agness Mccurry <agnessmccurry@gmail.com>**

---

## Your Priceline itinerary for Houston, TX - Friday, May 31, 2024 (Trip #560-411-975-16)
1 message

---

**Priceline** <info@travel.priceline.com>      Fri, May 31, 2024 at 3:36 PM
Reply-To: info@travel.priceline.com
To: agnessmccurry@gmail.com



BECOME A   JUST SIGN UP!



priceline

Hotels   Cars   Flights   Bundle + Save   Cruises



# Your trip is confirmed!

### Your stay in Houston,
### Fri, May 31, 2024 - Sat, Jun 01, 2024

View Full Itinerary

**Total Charged: $21.08**

: 560-411-975-16

**Hotel confirmation number:** Room 1: 4628466385 (Pincode: 7290)
1 Night(s), 1 Room(s)



**Friendship Of Women, Inc.**
A Center for the Prevention of
Family Violence & Sexual Assault

P. O. Box 3112
Brownsville, TX 78523
(956) 544-7412
Fax: 541-7676

**EXHIBIT C**

Date:   Aril 11, 2024

To:   Brownsville Housing Authority
2602 Boca Chica Boulevard
Brownsville, Texas 78521
956-504-1910

From:   Friendship of Women, Inc.
Re:   Agness Mccurry

    Friendship of Women, Inc. is a non-profit organization established to provide emergency shelter and supportive services to victims of family violence and/or sexual assault and/or human trafficking. Our philosophy revolves around the empowerment of survivors to advance their roles, rights and well-being.

    I would like to inform you that Agness Mccurry is a client receiving supportive services from our agency. Agness Mccurry is needing assistance with housing. Any assistance that you may provide to her would be greatly appreciated.

    Friendship of Women, is appreciative of your collaboration. We are fortunate to have services like yourselves that are reaching out to help our communities. If I may assist you in any way, please feel free to contact me at the number listed above.

**\*\*This letter to be used for the above agency only**

Sincerely,

*Perla Chavez*

Perla Chavez
Family Advocate/FOW





OFFICE OF THE ATTORNEY GENERAL
CRIME VICTIM SERVICES DIVISION
ADDRESS CONFIDENTIALITY PROGRAM

**Agness Mccurry**

Participant Name (Printed)

Participant Name (Signed)

Expiration Date: **01/27/2028**

Authorized To Participate in the Address Confidentiality Program
Tex. Code Crim. Proc. Art 58.059

Not to be used as an ID

ACP#: **VA250203**

Program Participant May Receive Correspondence
At the Below Address

**Agness Mccurry VA250203**

**P.O. Box 12108 MC068**
**Austin, Texas 78711-2108**

For Questions Concerning
The Address Confidentiality Program
Or the Use of This Card Please Call:
Ph. 1-888-832-2322



Agness Mccurry <agnessmccurry@gmail.com>

## McCurry, Agness, Jones, Etha v Walmart - Request for Extension of Response Deadline

**Jones, Brooke** <brooke.jones@ogletree.com>      Tue, Jul 8, 2025 at 10:50 AM
To: "ethaunited101@gmail.com" <ethaunited101@gmail.com>, Agness Mccurry <agnessmccurry@gmail.com>
Cc: "Schroeder, Caitlin S." <caitlin.schroeder@ogletreedeakins.com>, "Mutwiwa, Baleigh Olivia" <baleigh.mutwiwa@ogletreedeakins.com>



Good morning, Ms. McCurry and Ms. Jones,

I wanted to touch base with you both on a couple of items. First, our client is currently out of the office and unavailable until July 14. In light of that, would you please let us know if you're agreeable to a final two-week extension of our current deadline to respond to your complaint?

Second, attached is a copy of the Dispute Resolution Agreement, which provides that all claims in this matter must be resolved through arbitration (beginning on page 5), including the RICO claims. In view of that provision, would you consider voluntarily dismissing your claims in this matter and proceeding according to the arbitration process outlined beginning on page 12?

Thank you. Please feel free to call me if you'd like to discuss any of this further.

Brooke

**Brooke Jones | Ogletree Deakins**
One Allen Center, 500 Dallas Street, Suite 2100 | Houston, TX 77002 | Telephone: 713-655-5787
brooke.jones@ogletree.com | www.ogletree.com | Bio

[Quoted text hidden]
[Quoted text hidden]

📎 **Non Disclosure and Dispute Resolution Agreement.pdf**
256K