United States District Court
Southern District of Texas
**ENTERED**
September 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AGNESS MCCURRY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-02278 |
| | § | |
| WALMART INC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

AND NOW, on this day, upon consideration of the defendants' joint motion to stay their respective deadlines to respond to plaintiffs' Complaint, and any response thereto, it is hereby **ORDERED** that the defendants' motion is GRANTED.

It is **FURTHER ORDERED** that the defendants' respective deadlines to respond to the Amended Complaint is STAYED until 14 days after any arbitration motion is decided.

It is so ORDERED.

SIGNED on September 8, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge